SEYFARTH SHAW LLP
Alice M. Hodsden, Esq. (SBN 340796)
ahodsden@seyfarth.com
601 South Figueroa Street
Suite 3300
Los Angeles, CA 90017-5793
Telephone:  (213) 270-9600
Facsimile:  (213) 270-9601

Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ROBERT CLARK SCRIBNER,<br><br>    Plaintiff,<br><br>    v.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 2:23-cv-02722-JAM-CKD<br><br>Judge:  Judge A. Mendez<br>Magistrate Judge:  Carolyn K. Delaney<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME** |

Having reviewed and considered the Parties' Joint Stipulation for Extension of Time for Defendant Equifax Information Services LLC to Respond to the Complaint, and upon good cause shown, it is hereby **ORDERED** that the Defendant **Equifax Information Services LLC** shall have up to and including **January 16, 2024**, in which to respond to Plaintiff's Complaint.

**SO ORDERED**.

Dated: December 26, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE