James Ristvedt, AZ Bar #035938
(admitted *pro hac vice*)
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerattorneys.com
T: (480) 626-1956
F: (718) 715-1750

Jenna Dakroub, CA # 350170
**CONSUMER ATTORNEYS PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

*Attorneys for Plaintiff*
*Robert Clark Scribner*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Robert Clark Scribner,<br><br>    Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC.<br><br>    Defendants. | Case No.: 2:23-cv-02722-JAM-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY** (ECF No. 58) |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Equifax Information Services, LLC only, and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

1

1 | The above-entitled matter is hereby dismissed with prejudice as to Defendant **Equifax Information Services, LLC** <u>only</u>.

**IT IS SO ORDERED.**

Dated: September 16, 2024     /s/ John A. Mendez
                              THE HONORABLE JOHN A. MENDEZ
                              SENIOR UNITED STATES DISTRICT JUDGE