James Ristvedt, AZ Bar #035938
(admitted *pro hac vice*)
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
E: jristvedt@consumerjustice.com
T: (480) 626-1956
F: (480) 613-7733

Jenna Dakroub, CA # 350170
**CONSUMER JUSTICE LAW FIRM PLC**
16130 Ventura Blvd., Suite 300
Encino, CA 91436
T: (602) 807-1525
F: (480) 613-7733
E: jdakroub@consumerjustice.com

*Attorneys for Plaintiff*
*Robert Clark Scribner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Clark Scribner,<br><br>Plaintiff,<br><br>v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC.<br><br>Defendants. | Case No.: 2:23-cv-02722-JAM-CKD<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Robert Clark Scribner ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and

1

defenses asserted therein be dismissed with prejudice as to Experian only. There are no remaining defendants in this matter.

| | |
|---|---|
| Dated: June 10, 2025 June 18, 2025 | REPECTFULLY SUBMITTED, |
| */s/ James Ristvedt* | */s/ Courtney P. O'Connor* |
| James Ristvedt, AZ Bar #035938 (admitted *pro hac vice*) | Courtney P. O'Connor, Bar No. 353818 |
| **CONSUMER JUSTICE LAW FIRM PLC** | **JONES DAY** |
| 8095 N. 85th Way | 3161 Michelson Drive, Suite 100 |
| Scottsdale, AZ 85258 | Irvine, CA 92612 |
| E: jristvedt@consumersjustice.com | E: courtneyoconnor@jonesday.com |
| T: (480) 626-1956 | T: 949-851-3939 |
| F: (718) 715-1750 | F: 949-553-7539 |
| | |
| Jenna Dakroub, CA # 350170 | *Attorney for Defendant Experian Information Solutions, Inc.* |
| **CONSUMER JUSTICE LAW FIRM PLC** | |
| 16130 Ventura Blvd., Suite 300 | |
| Encino, CA 91436 | |
| T: (602) 807-1525 | |
| F: (718) 715-1750 | |
| E: jdakroub@consumerjustice.com | |

*Attorneys for Plaintiff Robert Clark Scribner*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Clark Scribner,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC.<br><br>　　　　　Defendants. | Case No.: 2:23-cv-02722-JAM-CKD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |

Upon review of the Parties' Stipulation of Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc., and good cause appearing,

**IT IS ORDERED** that the Stipulation is **GRANTED**.

The above-entitled matter is hereby **DISMISSED** with prejudice as to Defendant Experian Information Solutions, Inc. Because this is the last remaining defendant, all previously set deadlines and hearings are **VACATED**.

The Clerk of Court is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: June 18, 2025　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE